**Henry Brelie, appellee, v. David Saul Klafter and Amanda E. Klafter, appellants. Gen. No. 32,815.**

 Heard in the first division of this court for the first district at the June term, 1928. Matchett, J., dissenting. Opinion filed February 11, 1929. Additional opinion filed February 27, 1929.

Perlman, Goodman & Scolnik, for appellants. Loucks, Eckert & Peterson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Percival B. Coffin, administrator of the estate of Henry F. Mc-Williams, Sr., deceased, appellee, v. City of Chicago et al., defendants, on appeal of City of Chicago, appellant. Gen. No. 32,997.**

 Heard in the first division of this court for the first district at the October term, 1928. Matchett, J., dissenting. Opinion filed February 11, 1929.

Samuel A. Ettelson, corporation counsel and William D. Saltiel, city attorney, for appellant; Stanley C. Armstrong and George D. Mills, assistant city attorneys, and Roy S. Gaskill and E. Marshall Amberg, assistant corporation counsel, of counsel. Finn & Miller, for appellee; Frank Johnston, Jr., of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. E. W. Damon, plaintiff in error. Gen. No. 33,006.**

 Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

John F. Cashen, Jr., for plaintiff in error. Robert E. Crowe, state's attorney, for defendant in error; Edward E. Wilson, assistant state's attorney, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**William Jaekel, appellant, v. Maurice V. H. Puckey et al., appellees. Gen. No. 33,030.**

 Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

Walter Zittenfield, for appellant. Frederick Mayer, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.